CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Johnnie McCarthian III 1009599
    Plaintiff.

V.

Fulton County Jail
Theodore Jackson
Arthur Lewis Stinson 1124869
    Defendants "John Doe" that don't know.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 1 9 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

I. Previous Lawsuits?

   A. No

II. Exhaustion of Administrative Remedies.

   A. Place of Present Confinement: Fulton County Jail

II. Exhaustion of Administrative Remedies (cont'd)

   B. Is there a prisoner grievance procedure in this institution?

II. Exhaustion of Administrative Remedies (cont'd)

C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes

D. If your answer is Yes:

What steps did you take and what were the results?

1. File my grievance related to the following matters with facts on the date the incidents occured.

2. File my grievance an attempt to resolve but grievance office or officer failed to resolve for adequate result

3. File my grievance with the facility's grievance office and chief jailer but did not receive adequate responses or result and many never respond back with emergency situation.

III. Parties

A. Name of Plaintiff(s): Johnny McCarthian III

III. Parties (Cont'd)

Address(es): 1 3rd Floor Medical cell 209, Fulton County Jail, BK1009599, 901 Rice Street N.W., Atlanta, Georgia, 30318

2. 126 Armstrong Dr., Jacksonville, N.C. 28540

3. 9770 Tanners Spring Dr., Johnscreek, Georgia 30022,3

4. P.O. Box 5711, Alpharetta, Georgia 30023

III. Parties (Cont'd)

B. Defendant(s): 1. Fulton County Jail

Employed as County Jail

at Fulton County Jail, 901 Rice Street N.W., Atlanta, Georgia 30318 ph. (4) 613 - 2002

2. Theodore Jackson

Employed as Sheriff Theodore Jackson

at Fulton County Sheriff's office 185 Central Ave Suite

III. Parties (cont'd)

3. Arthur Lewis Stinson

Employed as Unemployed Disabile

at Fulton County Jail, Jail BK 1124869, 901 Rice Street N.W.
Atlanta, Georgia, 30318

4. Defendant's "John Doe" that I don't know!

IV. Statement of Claim.

I. Here is an "simple conclusion."

Defendant Fulton County Jail, Sheriff Theodore Jackson and
it's departments, agentes, officers and employees violated
my right by failure to perform separation from violate
inmate in my cell and deny adequate medical treatment.

Now here are allegations that "outline the facts."

Defendants "John Doe" offical jail personal detention
officers on 7/27/2011 first shift and second shift at
Fulton County Jail. Defendant Sheriff Theodore Jackson

IV. Statement of Claim (cont'd)

right by failure to perform detention officer duties
to my present crisis in separating violate inmate
in my cell with misconduct that has pose "an risk of
serious harm in causing bodily injuries damages and
health against me.

2. Defendant Arthur Lewis Stinson was roomating with
me in cell 209 at Fulton County Jail on 3rd Floor North
for inmates suffering with serious medical and mental
needs. Defendant Arthur Lewis Stinson was brought to
my cell by detention officer Defendant "John Doe" while
Defendant Arthur Lewis Stinson already was posing a
serious combative threat on officers and other inmates
and was classified to be combative, mental ill, violate
and homicidal. As soon as he arrived into my cell
Defendant Arthur Lewis Stinson began to throwing
feces around the cell and under the cell door outside
the cell from the toilet and feces was left on floor
for hours and hours and shifts and shifts. I requested
to speak with a detention officer but disregarded
and forced to remain in human condition and dealing with
such violates and disorderly behavior and unsanitory and
neglect Defendant Arthur Lewis Stinson decide to harm

IV. statement of claim (cont'd)

me with his fist that is when the other inmates heard
such horrible incident and immediately notified the
Defendants "John Doe" detention officers and Defendant
Arthur Lewis Stinson was remove that first time he
assualt me and later.

3. While time pass and shift changed and the detention
officer changed time pass long enough where I receive
commissary and another shift changed after that and
other detention officer change came on their shift when
Defendant "John Doe" detention failure to inform Defendant
"John Doe" of prior assualt and incident the detention
officers that return Defendant Arthur Lewis back into
the cell with me again after such horrible incident had
already accured with his violate behavier and assualts with
his fist that had all arise in same factual situation and
early that day. Where Defendant Arthur Lewis Stinson
was return with his pants down below his knees
and began to assualt me again while I am asleep
unconscience.

4. Defendant Arthur Lewis Stinson assualt me was
Stealling commissary items hitting me with his fist

IV. Statement of Claim (cont'd)

minutes while lock in cell unattented and in confinement alone in my cell until I was seriously injured before another inmate could get help from another cell overheard incident.

5. Defendant "John Doe" detention officer finally removed Defendant Arthur Lewis Stinson finally after such horrible multiple attacks. Defendant "John Doe" detention officer took me to medical but the medical system was very inadequate and my visit was unsuccessful and I did not receive adequate medical treatment.

6. By these actions Defendant Fulton County Jail, Sheriff Theodore Jackson and it's departments, agencies, officers and employees violated my right by failure to perform separation from violate inmate in my cell and deny adequate medical treatment.

V. Relief

"Relief Request" grant this original and signed with same format as original 42 U.S.C §1983 Civil Rights Act complaint form to be submit and file by U.S. District

## V. Relief (cont'd)

as possible as intent to use for my defense in open court to the public to move court defense Counsels to mount of defense by confrontation and cross-examination of all arise involved in the same factual situation joinder of claims listed as defendant(s) to bring in single case during prosecution and reveal this statement of claims describing basic facts that defendants violate my right and conform I plaintiff Johnnie McCarthian has exhausted all administrative remedies and use legal grievances that never received adequate response nor had a fair opportunity to be resolved for appropriate resolution.

## I. Relief (cont'd)

"Demand of Judgement" grant dates in a timely reasonable manner and wish to have such process served by United State Marshel and that each defendant(es) and witness(es) be called and comply with sue in a timely "limited reasonable manner" for I plaintiff Johnnie McCarthian civil Rights complaint pursuant to 42 U.S.C § 1983 need resolution because I meet the legal requirement for obtaining such relief in relation to

## V. Relief (cont'd)

seeking compensation for "deliberate indifferences" and "recovery damages" in serious pain and suffering already occured and received in hazardous inhumen condition that pose a high risk risking my life in Jail threathing condition worning if was going to die and "denial for serious medical treatment" and "pain and suffering" I experience while never receiving proper treatment. Deliver claims to the legislation that enacted stating the purpose in general or specific terms, for which such issue payment is to be incurred in seeking money, specifing the maximum principal amount of such issue to settle in damages in "deliberate indifferences" for no less $8,000,000 and the maximum amount which is grant to aperson eligible for "deliberate indifferences" and appropriating an amount at least suffic-ient to pay the highest payment service requirement for such is issue in addition to sum necessary to make payment required under contracts that such amount is necessary to pay in such payment as general obligation to pay and guarantee payment including legal and any attorney fee attached.

## V. Relief (cont'd)

IV. Relief (Cont'd)

and any evidence in possion of defendant(s), reveal and use during prosecution. Motion to reveal, deal, consideration, promises, and grant of filing suit and claims because I meet the legal requirement for obtaining such relief.

Signed this ___5___ day of ___8___, 20 _11_



Signature of Plaintiff

STATE OF _Georgia_
COUNTY (CITY) OF _Fulton_

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTE ON _____



Signature of Plaintiff

# Fulton County Jail
## NOTIFICATION OF GRIEVANCE RECEIVED

Griev Code:     14

Cell Location        3N 209

FROM: GRIEVANCE OFFICER

Booking#:      1120620

TO:     McCarthan, Johnnie

DATE: Monday, August 08, 2011

I received the grievance you filed at the date and time stated below:

DATE    8 /8 /2011

TIME:   9:48

I have assigned the following number to your grievance:

NUMBER:      082011-5063

SIGNATURE : _____  DID: ____2570____
                        GRIEVANCE OFFICER

REFRENCE INCIDENT REPORT NO _____ (IF APPLICABLE).

ROUTINE [ ]
EMERGENCY [ ]

FULTON COUNTY JAIL
INMATE GRIEVANCE FORM

GRIEVANCE NO.

TO BE ASSIGNED BY THE
GRIEVANCE OFFICER

Johnnie McCarthan III    1120620    3N209    7/27/2011

NAME       BOOKING NO.       CELL NO.       INCIDENT DATE

STATE TO THE POINT THE FACTS OF YOUR GRIEVANCE (ATTACH EXTRA PLAIN SHEETS IF NECESSARY)

My cell don't have adequate lighting and lock and emergency
operation. This request to maintenance repair is to inform
of items in need of repair and to notify the sheriff I logged
that emergency call button in the cell may not be work because
I studied to work it during double inmate assault me in
my cell while asleep in consequence who heet or to a plus. 7/27/2011
was the day of the horrible attack in the dark cell and double not
emergency cell because button didn't operate remotely tower
I need the lock to do where tower could remotely unlock cell
door and get signal. Please file for record as intent to use for
proof in later personal individual actions for resolution suit

8-6-2011

SIGNATURE OF INMATE       DATE OF REPORT

RECEIVED BY GRIEVANCE OFFICER       TIME       DATE

GRIEVANCE OFFICER'S REPORT

SIGNATURE OF GRIEVANCE OFFICER       DATE

I DO [ ]       DO NOT [ ]       AGREE WITH THE DECISION OF THE GRIEVANCE OFFICER

SIGNATURE OF INMATE       DATE