12-1-2011

Office of the clerk
United States District Court
2211 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC - 2 2011

JAMES N. HATTEN, CLERK
BY: _____ Deputy Clerk

To Whom It May Concern,

I, Johnnie C. McCarthan, am notifying the court of a change of address for future reference regarding Civil Action Number: *1:11cv-2654-WSD-GGB*. As of today, December 1st, 2011, the following address is current: 3317 Panola rd., Lithonia, GA 30038. For any questions regarding this matter, please contact me at (919) 360 3884. Thanks for your assistance in advance.

Sincerely,

Johnnie McCarthan