

Date:   6/15/2012

To:   Office of the Clerk of U.S. District Court

Subject:   Amendment of complaint (Civil Action Number 1:11-CV-2654-WSD-GGB)

In response to Judge Brill's order and recommendation, I am supplying specific information to be filed regarding the involved detention officers' proper names.

The following Fulton county jail detention officers who are involved with the failure to protect incident are the following:   detention officer M. Melton (2nd shift), Fulton county sheriff's deputy Major. T.J. Lee, Fulton county sheriff's deputy Johnson (3rd shift), Fulton county sheriff's deputy Reid(2nd shift), Fulton county sheriff's deputy Sgt. Wise (2nd shift), Detention officer Ellison( 2nd shift), Fulton county sheriff's deputy Chief Adgar, Fulton county sheriff's deputy Sgt. S. Reese, and defendant Jackson.

Thank you for your assistance in advance.

Sincerely,

Johnnie McCarthan