

Date: 6/15/2013

To: Office of the Clerk of U.S. District Court

Subject: Amendment of complaint (Civil Action Number 1:11-CV-2654-WSD-GGB)

In response to Judge Duffey's order, I am supplying the facts and conduct in regard to the named detention officers regarding the failure to protect incident.

Detention officer M. Melton (2nd shift) was first of the floor staff to witness the attack and sustained physical injuries. He was the officer who I verbally notified of the violent action that first occurred in said cell. He physically saw the unsanitary conditions that were left on the floor for several hours after the combative inmate was removed from the cell (cell 209) located in the 3North Tower housing location of the Fulton county jail. He was notified by Fulton county sheriff's deputy Reid(2nd shift) to attempt to open the door, but the door could not be opened electronically without a key. He was forced to use a key to open the said cell door after the first violent attack.

Fulton county sheriff's deputy Major. T.J. Lee interviewed me along with the involved staff members after the attack had taken place. He was given the details of the attack, and had access to the surveillance footage showing each of the officers who removed the inmate from said cell, and returned the same combative inmate to said cell. He had knowledge of the entire incident that transpired, but he didn't take any corrective action to ensure said inmate was permanently relocated from said cell in said housing location of the Fulton county jail.

Fulton county sheriff's deputy Johnson (3rd shift) placed the combative inmate in said cell for the second time after having prior knowledge of said inmate being taken from said cell due to the violent attack with combativeness. Deputy Johnson also opened the door of said cell for me to be taken to the infirmary.

Fulton county sheriff's deputy Reid(2nd shift), was assigned to the control room of said housing location as the said inmate was removed from said cell. She was the first notified of the first violent attack by a fellow inmate who called the control room via public address system (PA system) located in the common area of the said housing location. She notified detention officer M. Melton (2nd shift) of the matter to resolve the conflict.

Fulton county sheriff's deputy Sgt. Wise (2nd shift) was a staff supervisor assigned to the said housing location who had knowledge of the filed grievances regarding the unsafe conditions, and the fact that the said inmate was replaced into said cell on a second occasion within hours of the first violent incident.

Detention officer Ellison( 2nd shift) was assigned to the said housing location and had knowledge of the combative inmate being returned into the said cell after the first violent action occurred. I verbalized to her that the said inmate was returned to said cell. She said that she would notify her Lieutenant and Major T.J. Lee.

Fulton county sheriff's deputy Chief Adgar was made aware of the complaint and grievances that were filed in regard to the entire incident. He did not make any corrective action to ensure that the unsafe conditions were timely resolved. He also was made aware that said inmate should not return to the said cell or said housing area.

Fulton county sheriff's deputy Sgt. S. Reese was the investigating officer of the facility. He was the grievance officer who was notified of the unsafe condition along with specific details of the initial complaint. He failed to protect me from the unsafe conditions in a timely manner. He didn't address the issue involving said inmate in the appropriate manner.

Thank you for your assistance in advance.

Sincerely,

Johnnie McCarthan