IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNNIE MCCARTHIAN, : | |
| : | CIVIL ACTION FILE NO. |
| Plaintiff, : | |
| : | 1:11-CV-2654-WSD-GGB |
| v. : | |
| : | |
| FULTON COUNTY JAIL, et al. : | |
| : | |
| Defendants. : | |
| _____ : | |

**MOTION TO REOPEN AND EXTEND DISCOVERY**

COME NOW, Thaddeus J. Lee, Shelby Reid, Khalid Wise, Michelle Ellison, Mark Adger, and Sandra Reese ("Defendants"), by and through the undersigned counsel, and pursuant to the Local Rule 7.4 and 26.2(B) and the Federal Rules of Civil Procedure Rule 6(b), and request that the discovery period in the above-styled case be reopened and extended for an additional thirty (30) days.

Defendants request that discovery be extended in this case for the following reasons:

1.

Plaintiff filed a pro se prisoner petition on August 10, 2011.

2.

On October 25, 2012, the court dismissed all claims against the Fulton County Jail, Defendant Arthur Lewis Stinson, and Plaintiff's medical indifference claims against all Defendants. Based on this order, the court, however, allowed Plaintiff's claims for failure to protect, which were asserted against Sheriff Jackson and the Unknown Officers to proceed.

3.

On May 28, 2013, this court dismissed the remaining claims against Sheriff Jackson and allowed the claims against the remaining unknown Defendants to proceed. The court further ordered that Plaintiff file an amended complaint on or before June 13, 2013.

4.

On June 19, 2013, Plaintiff filed an amended complaint alleging claims against Defendants Wise, Reese, Adger, Ellison, Johnson, Lee, Reid, Melton.

5.

On October 15, 2013, Defendants' counsel for Wise, Reese, Adger, Ellison, Lee, and Reid filed an answer on their behalf. Wise, Reese, Adger, Ellison, Lee, and Reid and were all served a waiver of service and a copy of the complaint.

6.

On October 15, 2013, this court ordered Sheriff Jackson to provide the last known addresses of potential Defendants named in Plaintiff's amended complaint.

7.

On November 15, 2013, the Sheriff responded to that order by providing the last known names and addresses of the other two (2) Defendants Johnson and Melton.

8.

Presently, Defendants' counsel for Wise, Reese, Adger, Ellison, Lee, and Reid have no knowledge of whether the other two (2) Defendants Johnson and Melton have been served, and Defendants' counsel does not currently represent Defendants Johnson and Melton.

9.

Because of the nature of this case, and pursuant to the Local Rules, this case is currently on a zero track discovery period. [See Appendix F].

10.

Defendants' counsel for Wise, Reese, Adger, Ellison, Lee, and Reid are requesting that this court reopen the discovery period in this case for an additional thirty days (30).

11.

Because no discovery has been initiated by either party in this case, neither Plaintiff nor Defendants will be prejudiced by reopening and extending discovery for an additional thirty (30) days, so that they may depose the Plaintiff prior to

filing summary judgment.

12.

This motion is made in good faith and without intent to delay.

13.

Therefore, Defendants respectfully request that this Court grants their motion to reopen and extend discovery along with extending the deadline for dispositive motions accordingly.

14.

A proposed Order is attached.


WHEREFORE, Defendants respectfully request that their motion to reopen and extend the discovery period be GRANTED.


Respectfully submitted this 27th day of January 2014.

        **OFFICE OF THE FULTON COUNTY ATTORNEY**
        R. David Ware
        County Attorney
        Georgia Bar No. 737756

        ***/s/ Jenise S. Smith***
        Jenise S. Smith
        Georgia Bar No. 163920
        Jenise.smith@fultoncountyga.gov

        Kaye Woodard Burwell

        Georgia Bar No. 775060
        Kaye.burwell@fultoncountyga.gov

        Steven E. Rosenberg
        Georgia Bar No. 614560
        Steve.rosenberg@fultoncountyga.gov

OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **JOHNNIE MCCARTHIAN,** | : | |
| | : | CIVIL ACTION FILE NO. |
| Plaintiff, | : | |
| | : | 1:11-CV-2654-WSD-GGB |
| v. | : | |
| | : | |
| **FULTON COUNTY JAIL, et al.** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, the undersigned presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(c) and electronically filed the foregoing **DEFENDANTS' MOTION TO REOPEN AND EXTEND DISCOVERY** with the Clerk of Court using the CM/ECF system and mailed a copy to Plaintiff via U. S. Mail addressed as follows:

Johnnie McCarthian
417 Treecrest Pkwy
Decatur, Georgia 30035

This 27th day of January, 2014.

**/s/ Jenise S. Smith**
Jenise S. Smith
Georgia Bar No. 163920

OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, SW
Suite 4038
Atlanta, Georgia 30303

(404) 612-0246 Office
(404) 730-6324 (facsimile)