IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **JOHNNIE MCCARTHIAN,** | : | |
| | : | **CIVIL ACTION FILE NO.** |
| Plaintiff, | : | |
| | : | 1:11-CV-2654-WSD-GGB |
| v. | : | |
| | : | |
| **FULTON COUNTY JAIL, et al.** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## **ORDER**

IT IS HEREBY ORDERED, in the above-captioned matter coming before this Court, that Defendants' Motion to Reopen and Extend Discovery be GRANTED. Discovery in this above-captioned case will be reopened, and the parties shall complete discovery within thirty (30) days of the entry of this Order. The parties will also have thirty (30) days, in accordance with the Local Rules, to file any dispositive motions after the close of discovery.

IT IS SO ORDERED, this \_\_\_\_\_ day of January, 2014.

_____
The Honorable William S. Duffey, Jr.
United States District Court
Northern District of Georgia

Order prepared and submitted by:


**/s/ Jenise S. Smith**
Jenise S. Smith
Georgia Bar No. 163920
Attorney for the Defendants

OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)