IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNIE MCCARTHIAN, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| MAJOR T.J. LEE et al., | : | CIVIL ACTION NO. |
| Defendants. | : | 1:11-CV-2654-WSD-GGB |

## **ORDER**

Plaintiff, pro se, complains in this action of events that occurred when he was confined at the Fulton County Jail. After several difficulties in identifying and serving Defendants with process, I entered an Order on January 27, 2014 directing that requests for waiver of service be sent to the last three identified Defendants – D.O. Richard Melton, D.O. Gayla Johnson, and Deputy Cedric Johnson. (Doc. 43.)

Two of those three Defendants have executed waivers of service, and the U.S. Marshals Service is attempting to personally serve the remaining Defendant (Cedric Johnson). (Docs. 47, 52, 53.) If the remaining Defendant is located and served, all responsive pleadings likely will be filed by May 2014. (*See* Doc. 53 (Defendant Melton's responsive pleading due by May 5, 2014).)

The other six Defendants have appeared through counsel. Those Defendants filed a motion to reopen and extend discovery on January 27, 2014, the date of my

most recent Order.  (Doc. 42.)  I noted in that Order that prisoner cases are assigned a zero-month discovery track and that any party seeking discovery must file a motion requesting a discovery period.  (Doc. 43 at 3-4.)  No discovery period has been set in this case.

Given the age of this case, I will set a short discovery period to begin after the remaining Defendants have filed their responsive pleadings.  Accordingly, Defendants' motion to reopen and extend discovery [42] is **GRANTED**.  A sixty-day discovery period will begin on the date the last Defendant files his or her responsive pleading or May 5, 2014, whichever comes first.[1]

**SO ORDERED** this ___13th___ day of ___March___, 2014.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendant Cedric Johnson is served at a date that would make his responsive pleading due after discovery begins, he may seek an extension of the discovery period if necessary.

2