IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNIE MCCARTHIAN, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| MAJOR T.J. LEE et al., | : | CIVIL ACTION NO. |
| Defendants. | : | 1:11-CV-2654-WSD-GGB |

## **ORDER**

On October 15, 2013, I directed Defendant Sheriff Jackson to provide the names and addresses of deputies Plaintiff had not fully identified in his complaint, including a deputy whose last name is Johnson. (Doc. 38.) Sheriff Jackson complied and submitted the names of two deputies whose last name is Johnson. (Doc. 39.) I then directed that those individuals be added as Defendants and served with process. (Doc. 43.)

On March 21, 2014, Sheriff Jackson filed a second response to the October 15, 2013 Order. (Doc. 55.) Sheriff Jackson states that a third person – officer Gerald Johnson – may be the Johnson referred to in Plaintiff's complaint. (*Id.*) Gerald Johnson thus should be added as a Defendant and notified of this suit.

The Clerk is **DIRECTED** to add D.O. Gerald Johnson as a Defendant and to prepare a service waiver package for him. The service waiver package must

include two (2) Notices of Lawsuit and Request for Waiver of Service of Summons (prepared by the Clerk), two (2) Waiver of Service of Summons forms (prepared by the Clerk), an envelope addressed to the Clerk of Court with adequate first-class postage for use by Defendant Gerald Johnson for return of the waiver form, one (1) copy of the complaint, and one (1) copy of this Order.

The Clerk is **DIRECTED** to mail the service waiver package to Defendant Gerald Johnson at the address provided by Sheriff Jackson in document number 55. Defendant Gerald Johnson has a duty to avoid unnecessary costs of serving the summons in this case. If he fails to comply with the request for waiver of service, he must bear the costs of personal service unless good cause can be shown for failure to return the Waiver of Service form.

If Defendant Gerald Johnson does not return an executed Waiver of Service form to the Clerk of Court within thirty-five (35) days following the date the service waiver package was mailed, the Clerk is **DIRECTED** to prepare and transmit to the U.S. Marshals Service a service package for him. The service package must include a USM 285 form, summons, and one (1) copy of the complaint. Upon receipt of the service package, the U.S. Marshals Service is **DIRECTED** to personally serve Defendant Gerald Johnson in accordance with

Rule 4 of the Federal Rules of Civil Procedure. The executed waiver form or completed USM 285 form shall be filed with the Clerk.

My March 13, 2014 Order regarding the timing of the extended discovery period, (Doc. 54), remains in effect. As I noted for Defendant Cedric Johnson, if Defendant Gerald Johnson finds the discovery period insufficient based on the date he appears in the case, he may seek an extension.

**SO ORDERED** this ___25th___ day of ___March___, 2014.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)