IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNIE MCCARTHIAN, | : | |
| | : | CIVIL ACTION FILE NO. |
| Plaintiff, | : | |
| | : | 1:11-CV-2654-WSD-GGB |
| v. | : | |
| | : | |
| FULTON COUNTY JAIL, et al. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### AMENDED ANSWER OF DEFENDANTS LEE; REID; WISE; ELLISON; ADGER; AND REESE AND ANSWER OF CEDRIC JOHNSON AND GAYLA JOHNSON[1]

COME NOW, Thaddeus J. Lee, Shelby Reid, Khalid Wise, Michelle Ellison, Mark Adger, Sandra Reese, Cedric Johnson, and Gayla Johnson ("Defendants"), by and through the undersigned counsel, and respond to all portions of Plaintiff's Amended Complaint, which is comprised of three documents that have been identified by the court [Doc. 4, Doc. 10, and Doc. 19], as follows:

### DEFENDANTS' GENERAL DEFENSES TO ALL PORTIONS OF PLAINTIFF' S AMENDED COMPLAINT [Doc. 4, Doc. 10, and Doc. 19]

### FIRST DEFENSE

Plaintiff's Complaint and Amended Complaint fails to state a claim upon which relief can be granted.

---

[1] Defendants' Answer responds to Doc. 4, Doc. 10, and Doc. 19, which this Court has identified as Plaintiff's Amended Complaints, pursuant to its order [Doc. 60].

## SECOND DEFENSE

Defendants deny committing any act or omission that would impose liability upon Defendants for any cause of action.

## THIRD DEFENSE

Plaintiff's claims are barred by the doctrine of qualified immunity and Eleventh Amendment immunity.

## FOURTH DEFENSE

Plaintiff's claims are barred by the doctrine of sovereign immunity and official immunity.

## FIFTH DEFENSE

Defendants have not subjected the Plaintiff to the deprivation of any rights, privileges or immunities secured by the constitution or laws of the United States of America or the State of Georgia.

## SIXTH DEFENSE

Defendants are not liable to the Plaintiff because Defendants have not breached any official duty, any court order or duty, or any constitutionally or statutorily created duty compelling them to act with regard to the occurrences giving rise to the Plaintiff's Complaint.

## SEVENTH DEFENSE

No act or omission of either Defendant has proximately caused or contributed to any damages alleged by the Plaintiff.

## EIGHTH DEFENSE

As to any claims against Defendants in their official capacity, Plaintiff has failed to state a claim for relief.

## NINTH DEFENSE

Defendants reserve the right to rely upon any additional defenses to claims asserted by Plaintiff to the extent that such defenses are supported by information developed through discovery or evidence at trial.

## TENTH DEFENSE

Plaintiff's claims are barred by the relevant statute of limitations for each claim.

## ELEVENTH DEFENSE

Plaintiff claims should be dismissed because he has failed to exhaust all administrative remedies.

Defendants now respond to the unnumbered paragraphs and allegations contained in the documents comprising Plaintiff's amended complaint:

## DEFENDANTS' RESPONSE TO DOC. 4

As to Doc. 4 [Plaintiff's amended complaint], Defendants respond as follows:

1.

Subsection I

This paragraph requires neither an admission nor a denial.

2.

Subsection II

Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations.

3.

Subsection III

Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations.

4.

Subsection IV

Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations. Defendants also deny any and all allegations pertaining to the "John Does" in this subparagraph.

5.

Subsection V

Defendants deny any and all allegations.

## DEFENDANTS' RESPONSE TO DOC. 10

As to Doc. 10 [Plaintiff's amended complaint], Defendants respond as follows:

1.

### First paragraph

This paragraph requires neither an admission nor a denial.

2.

### Second paragraph

Defendants deny any and all allegations.

3.

### Third paragraph

This paragraph requires neither an admission nor a denial.

## DEFENDANTS' RESPONSE TO DOC. 19

As to Doc. 14 [Plaintiff's amended complaint], Defendants respond as follows:

1.

### First Paragraph

This paragraph requires neither an admission nor a denial.

2.

### Second Paragraph pertaining to Defendant Melton and Defendant Reid

Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph of the Amended Complaint.

3.

<u>Third Paragraph pertaining to Defendant Lee</u>

Defendant Lee denies the allegations made against him in the Amended Complaint. All other Defendants lack sufficient knowledge or information to form a belief as to the truth of those allegations.

4.

<u>Fourth Paragraph pertaining to Defendant Johnson</u>

Defendants deny the allegations made against Defendant Johnson.

5.

<u>Fifth Paragraph pertaining to Defendant Reid</u>

Defendant Reid lacks sufficient knowledge or information to form a belief as to the truth of the allegations made against her in the Amended Complaint. All other Defendants lack sufficient knowledge or information to form a belief as to the truth of those allegations.

6.

<u>Sixth Paragraph pertaining to Defendant Wise</u>

Defendant Wise admits only that he was a staff supervisor working on the 2nd shift. Defendant Wise denies all other allegations made against him in the

Amended Complaint. All other Defendants lack sufficient knowledge or information to form a belief as to the truth of those allegations.

7.

Seventh Paragraph pertaining to Defendant Ellison

Defendant Ellison denies the allegations made against her in the Amended Complaint. All other Defendants lack sufficient knowledge or information to form a belief as to the truth of those allegations.

8.

Eighth Paragraph Pertaining to Defendant Adger

Defendant Adger admits only that he received two grievances from Plaintiff. Defendant Adger denies all other allegations made against him in the Amended Complaint. The other Defendants lack sufficient knowledge or information to form a belief as to the truth of those allegations.

9.

Ninth Paragraph pertaining to Defendant Reese

Defendant Reese admits only that she was a grievance supervisor. Defendant Reese denies all other allegations made against her in the Complaint. All other Defendants lack sufficient knowledge or information to form a belief as to the truth of such allegations.

## **GENERAL DENIAL PERTAINING TO ALL PORTIONS OF PLAINTIFF' S AMENDED COMPLAINT [Doc. 4, Doc. 10, and Doc. 19]**

Defendants deny each and every other allegation or claim not otherwise specifically responded to in this Answer.

WHEREFORE, the Defendants, having answered Plaintiff's Complaint for Damages, pray that this Court:

1. Dismiss the Plaintiff's Amended Complaints [Doc. 4, Doc. 10, and Doc. 19];
2. Enter Judgment in favor of Defendants;
3. Award reasonable attorney's fees, expenses and costs to Defendants for having to defend this action;
4. Impanel a jury of 12 to hear this matter for the purpose of trial; and
5. For such other and further relief as this Court may deem just and appropriate.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted, this 16th day of April, 2014.

                        OFFICE OF THE COUNTY ATTORNEY
                        R. David Ware
                        Georgia Bar No. 737756
                        County Attorney

                        **/s/ Jenise S. Smith**
                        Jenise S. Smith
                        Georgia Bar No. 163920
                        Jenise.smith@fultoncountyga.gov

                        Kaye Woodard Burwell
                        Georgia Bar No. 775060
                        Deputy County Attorney

                        Steven E. Rosenberg
                        Georgia Bar No. 614560
                        Senior Attorney

OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **JOHNNIE MCCARTHIAN,** | : | |
| | : | **CIVIL ACTION FILE NO.** |
| Plaintiff, | : | |
| | : | **1:11-CV-2654-WSD-GGB** |
| v. | : | |
| | : | |
| **FULTON COUNTY JAIL, et al.** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(c) and electronically filed the foregoing **ANSWER OF DEFENDANTS LEE, REID, WISE, ELLISON, ADGER, REESE, CEDRIC JOHNSON, AND GAYLA JOHNSON** with the Clerk of Court using the CM/ECF system and mailed a copy to Plaintiff via certified U.S. Mail at the following address:

Johnnie McCarthian
417 Treecrest Pkwy.
Decatur, Georgia 30035

This 16TH day of April, 2014.

**/s/ Jenise S. Smith**
Jenise S. Smith
Georgia Bar No. 163920

OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, SW
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 Office
(404) 730-6324 (facsimile)


P:\CALitigation\Sheriff\McCarthian, Johnnie v. Theodore Jackson 1-11-CV-2654 - (JSS)\Pleadings\4.15.14_amended answer.docx