IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNNIE MCCARTHIAN, : | |
| : | CIVIL ACTION FILE NO. |
| Plaintiff, : | |
| : | 1:11-CV-2654-WSD-GGB |
| v. : | |
| : | |
| FULTON COUNTY JAIL, et al. : | |
| : | |
| Defendants. : | |
| _____ : | |

NOTICE OF DEPOSITION OF JOHNNIE MCCARTHIAN

To:   Johnnie McCarthian
      417 Treecrest Pkwy
      Decatur, Georgia 30035

**PLEASE TAKE NOTICE** that pursuant to the provisions of Fed. R. Civ. P. 30, Defendants will proceed to take the deposition of Plaintiff **JOHNNIE MCCARTHIAN** before a duly authorized officer certified to administer oaths on **Tuesday, June 17, 2014**, beginning at **2:00 p.m.**, at the OFFICE OF THE FULTON COUNTY ATTORNEY, 141 Pryor Street, Suite 4038, Georgia 30303, for all purposes allowed by law including cross examination and use at trial, and continuing from day to day until completed. The deposition will be recorded by stenographic and may be videotaped.

For this deposition, you are required to provide, if in existence, the following documents and/or tangible items:

1) Any medical documents pertaining to, or arising from the July 27, 2011 incident with inmate Arthur Lewis Stinson;

2) Any documents pertaining to and/or establishing any degree of damages that you allege to have incurred as a result of the July 27, 2011 incident with inmate Arthur Lewis Stinson.

Respectfully submitted, this 2nd day of May, 2014.

                OFFICE OF THE COUNTY ATTORNEY
                R. David Ware
                Georgia Bar No. 737756
                County Attorney

                **/s/ Jenise S. Smith**
                Jenise S. Smith
                Georgia Bar No. 163920
                Jenise.smith@fultoncountyga.gov

                Kaye Woodard Burwell
                Georgia Bar No. 775060
                Deputy County Attorney

                Steven E. Rosenberg
                Georgia Bar No. 614560
                Senior Attorney

OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNIE MCCARTHIAN, | : | |
| | : | CIVIL ACTION FILE NO. |
| Plaintiff, | : | |
| | : | 1:11-CV-2654-WSD-GGB |
| v. | : | |
| | : | |
| FULTON COUNTY JAIL, et al. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(c) and electronically filed the foregoing **NOTICE OF DEPOSITION OF JOHNNIE MCCARTHIAN** with the Clerk of Court using the CM/ECF system and mailed a copy to Plaintiff via certified U.S. Mail at the following address:

Johnnie McCarthian
417 Treecrest Pkwy
Decatur, Georgia 30035

This 2nd day of May, 2014.

/s/ Jenise S. Smith
Jenise S. Smith
Georgia Bar No. 163920

Page 3 of 4

OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, SW
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 Office
(404) 730-6324 (facsimile)