## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **JOHNNIE MCCARTHIAN,** | : | |
| | : | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | : | |
| | : | **1:11-CV-2654-WSD-GGB** |
| **v.** | : | |
| | : | |
| **FULTON COUNTY JAIL, et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ANSWER OF DEFENDANT RICHARD MELTON[1]

COMES NOW, Detention Officer Richard Melton ("Defendant"), by and through the undersigned counsel, and responds to all portions of Plaintiff's Amended Complaint, which is comprised of three documents that have been identified by the court [Doc. 4, Doc. 10, and Doc. 19], as follows:

### DEFENDANT'S GENERAL DEFENSES TO ALL PORTIONS OF PLAINTIFF'S AMENDED COMPLAINT [Doc. 4, Doc. 10, and Doc. 19]

### FIRST DEFENSE

Plaintiff's Complaint and Amended Complaint fails to state a claim upon which relief can be granted.

---

[1] Defendant's Answer responds to Doc. 4, Doc. 10, and Doc. 19, which this Court has identified as Plaintiff's Amended Complaints, pursuant to its order [Doc. 60].

## SECOND DEFENSE

Defendant denies committing any act or omission that would impose liability upon Defendant for any cause of action.

## THIRD DEFENSE

Plaintiff's claims are barred by the doctrine of qualified immunity and Eleventh Amendment immunity.

## FOURTH DEFENSE

Plaintiff's claims are barred by the doctrine of sovereign immunity and official immunity.

## FIFTH DEFENSE

Defendant has not subjected the Plaintiff to the deprivation of any rights, privileges or immunities secured by the constitution or laws of the United States of America or the State of Georgia.

## SIXTH DEFENSE

Defendant is not liable to the Plaintiff because Defendant has not breached any official duty, any court order or duty, or any constitutionally or statutorily created duty compelling them to act with regard to the occurrences giving rise to the Plaintiff's Complaint.

## SEVENTH DEFENSE

No act or omission of Defendant has proximately caused or contributed to any damages alleged by the Plaintiff.

## EIGHTH DEFENSE

As to any claims against Defendant in his official capacity, Plaintiff has failed to state a claim for relief.

## NINTH DEFENSE

Defendant reserves the right to rely upon any additional defenses to claims asserted by Plaintiff to the extent that such defenses are supported by information developed through discovery or evidence at trial.

## TENTH DEFENSE

Plaintiff's claims are barred by the relevant statute of limitations for each claim.

## ELEVENTH DEFENSE

Plaintiff claims should be dismissed because he has failed to exhaust all administrative remedies.

Defendant now responds to the unnumbered paragraphs and allegations contained in the documents comprising Plaintiff's amended complaint:

## DEFENDANT'S RESPONSE TO DOC. 4

As to Doc. 4 [Plaintiff's amended complaint], Defendants respond as follows:

1.

### Subsection I

This paragraph requires neither an admission nor a denial.

2.

### Subsection II

Defendant lacks sufficient knowledge or information to form a belief as to the truth of these allegations.

3.

### Subsection III

Defendant lacks sufficient knowledge or information to form a belief as to the truth of these allegations.

4.

### Subsection IV

Defendant lacks sufficient knowledge or information to form a belief as to the truth of these allegations.   Defendant also denies any and all allegations pertaining to the "John Does" in this subparagraph.

5.

### Subsection V

Defendant denies any and all allegations.

## DEFENDANT'S RESPONSE TO DOC. 10

As to Doc. 10 [Plaintiff's amended complaint], Defendant responds as follows:

1.

### First paragraph

This paragraph requires neither an admission nor a denial.

2.

### Second paragraph

Defendant denies any and all allegations.

3.

### Third paragraph

This paragraph requires neither an admission nor a denial.

## DEFENDANT'S RESPONSE TO DOC. 19

As to Doc. 14 [Plaintiff's amended complaint], Defendant responds as follows:

1.

### First Paragraph

This paragraph requires neither an admission nor a denial.

2.

Second Paragraph pertaining to Defendant Melton and Defendant Reid

Defendant denies the allegations contained in this paragraph of the Amended Complaint.

3.

Third Paragraph pertaining to Defendant Lee

Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations.

4.

Fourth Paragraph pertaining to Defendant Johnson

Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations.

5.

Fifth Paragraph pertaining to Defendant Reid

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations made against her in the Amended Complaint.

6.

Sixth Paragraph pertaining to Defendant Wise

Defendants lacks sufficient knowledge or information to form a belief as to the truth of those allegations.

7.

### Seventh Paragraph pertaining to Defendant Ellison

Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations.

8.

### Eighth Paragraph Pertaining to Defendant Adger

Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations.

9.

### Ninth Paragraph pertaining to Defendant Reese

Defendant lacks sufficient knowledge or information to form a belief as to the truth of such allegations.

## GENERAL DENIAL PERTAINING TO ALL PORTIONS OF PLAINTIFF' S AMENDED COMPLAINT [Doc. 4, Doc. 10, and Doc. 19]

Defendant denies each and every other allegation or claim not otherwise specifically responded to in this Answer.

WHEREFORE, the Defendant, having answered Plaintiff's Complaint for Damages, prays that this Court:

1. Dismiss the Plaintiff's Amended Complaints [Doc. 4, Doc. 10, and Doc. 19];

2. Enter Judgment in favor of Defendants;

3. Award reasonable attorney's fees, expenses and costs to Defendants for having to defend this action;

4. Impanel a jury of 12 to hear this matter for the purpose of trial; and

5. For such other and further relief as this Court may deem just and appropriate.

Respectfully submitted, this 5th day of May, 2014.

OFFICE OF THE COUNTY ATTORNEY
R. David Ware
Georgia Bar No. 737756
County Attorney

**/s/ Jenise S. Smith**
Jenise S. Smith
Georgia Bar No. 163920
Jenise.smith@fultoncountyga.gov

Kaye Woodard Burwell
Georgia Bar No. 775060
Deputy County Attorney

Steven E. Rosenberg
Georgia Bar No. 614560
Senior Attorney

OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303

(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **JOHNNIE MCCARTHIAN,** | : | |
| | : | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | : | |
| | : | **1:11-CV-2654-WSD-GGB** |
| **v.** | : | |
| | : | |
| **FULTON COUNTY JAIL, et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(c) and electronically filed the foregoing **ANSWER OF DEFENDANT RICHARD MELTON** with the Clerk of Court using the CM/ECF system and mailed a copy to Plaintiff via certified U.S. Mail at the following address:

Johnnie McCarthian
417 Treecrest Pkwy.
Decatur, Georgia 30035

This 5TH day of May, 2014.

/s/ **Jenise S. Smith**
Jenise S. Smith
Georgia Bar No. 163920

OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, SW
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 Office
(404) 730-6324 (facsimile)