IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHNNIE MCCARTHIAN,      :

                           :      CIVIL ACTION FILE NO.

      Plaintiff,            :

                           :      1:11-CV-2654-WSD-GGB

      v.                  :

                           :

FULTON COUNTY JAIL, et al.   :

                           :

      Defendants.          :

_____ :

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, the undersigned presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C), filed a copy of same with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record, and served **DEFENDANTS' FIRST REQUEST FOR ADMISSIONS OF FACT TO PLAINTIFF** upon counsel for all parties by depositing a true and correct copy of same in certified United States Mail with adequate postage affixed thereto and addressed as follows:

Johnnie McCarthian
417 Treecrest Pkwy.
Decatur, Georgia 30035

Respectfully submitted this 4th day of June, 2014.

*/s/ Jenise S. Smith*
Jenise S. Smith
Staff Attorney
Georgia Bar No.: 163920


OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0248 (Office)
(404) 730-6324 (Facsimile)