IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNIE MCCARTHIAN, | ) | PRISONER CIVIL RIGHTS |
| | ) | 42 U.S.C. § 1983 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD MELTON, ET. AL., | ) | |
| | ) | CIVIL ACTION NO.: |
| Defendants. | ) | 1:11-CV-2654-WSD-GGB |

**PLAINTIFF'S NOTICE OF DEPOSITION**
**OF DEFENDANT RICHARD MELTON**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Please take notice that Plaintiff Johnnie McCarthan, through the undersigned attorney, will take the deposition of **Defendant Richard Melton** on **Monday, June 30, 2014**.

The deposition shall be conducted at the Office of the Fulton County Attorney, located at **141 Pryor Street, Suite 4038, Atlanta, Georgia 30303**. The deposition shall commence at **2:00 pm**. The deposition will be upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and taken for the purpose of discovery, cross-examination, and for all other lawful purposes. The deposition will be taken before a notary public or some officer duly authorized by law to administer

1

oaths. The deposition is taken with notice to and by agreement with opposing counsel.

Submitted this the 25th day of June, 2014,

/s/Jeffrey R. Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553
*Attorney for Plaintiff*

FILIPOVITS LAW FIRM, P.C.
2900 Chamblee-Tucker Rd.
Building 1
Atlanta, Georgia 30341
Phone: 770-455-1350
Fax: 770-455-1449
jrfilipovits@gmail.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNIE MCCARTHIAN, | ) | PRISONER CIVIL RIGHTS |
| | ) | 42 U.S.C. § 1983 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD MELTON, ET. AL., | ) | |
| | ) | CIVIL ACTION NO.: |
| Defendants. | ) | 1:11-CV-2654-WSD-GGB |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing Plaintiff's Notice of Deposition to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

Jenise Shicole Smith
jenise.smith@fultoncountyga.gov
OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
Phone: 404-612-0248

Steven E. Rosenberg
steven.rosenberg@co.fulton.ga.us
OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
Phone: 404-612-0248

Terry Grandison
terry.grandison@fultoncountyga.gov
OFFICE OF THE FULTON COUNTY

3

ATTORNEY
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
Phone: 404-612-0248

 This the 25th day of June, 2014,

               <u>/s/Jeffrey R. Filipovits</u>
               Jeffrey R. Filipovits
               Georgia Bar No. 825553
FILIPOVITS LAW FIRM, P.C.   *Attorney for Plaintiff*
2900 Chamblee-Tucker Rd.
Building 1
Atlanta, Georgia 30341
Phone: 770-455-1350
Fax: 770-455-1449
jrfilipovits@gmail.com