IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNIE MCCARTHIAN, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| SGT. WISE and D.O. RICHARD | : | CIVIL ACTION NO. |
| MELTON, | : | 1:11-CV-2654-WSD-GGB |
|     Defendants. | : | |

## **ORDER**

On June 16, 2014, I set the deadline for dispositive motions in this case as July 28, 2014.  (Doc. 74.)  On July 7, 2014, Plaintiff filed a motion to amend his complaint to add one state-law claim against each of the two remaining Defendants.  (Doc. 82; *see* Docs. 81, 83 (dismissing all Defendants except Wise and Melton).)

The remaining Defendants filed a motion to stay the dispositive motion deadline until the Court rules on Plaintiff's motion to amend his complaint.  (Doc. 84.)  Defendants oppose the motion to amend and note that they have until July 21, 2014 to file their opposition brief.  (*Id.* at 3.)  Defendants contend that if the dispositive motion deadline remains July 28 they may be prejudiced by having to file two dispositive motions if Plaintiff's motion to amend is granted.  (*Id.* at 3-4.)

AO 72A
(Rev.8/82)

I do not see any prejudice to Defendants if the dispositive motion deadline remains July 28, 2014.  Even if the Court has not ruled on Plaintiff's motion to amend by that date, Defendants may include in any dispositive motion any argument for judgment in their favor on the state-law claim.  Discovery closed on July 7, 2014, so the parties should have all evidence pertinent to the state-law claim.  The state-law claim is straightforward and related to Plaintiff's federal-law claim that has been in this case since its inception.  (*See* Doc. 82-1.)

Accordingly, Defendant's motion to stay the dispositive motion deadline [84] is **DENIED**.

**SO ORDERED** this   14th   day of   July  , 2014.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE