UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNNIE MCCARTHIAN,<br><br>            Plaintiff,<br><br>vs.<br><br>SGT. KHALID WISE and D.O. RICHARD MELTON,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-2654-WSD |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of the Defendants' Motion for Summary Judgment, and the court having granted said motion as to Plaintiff's §1983 claims against Defendants, having declined to exercise supplemental jurisdiction over Plaintiff's state-law claim and dismissing it without prejudice, it is

**Ordered and Adjudged** that the plaintiff take nothing, the defendants recover the cost of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 10th day of September, 2014.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT
                                            By:  s/ A. Coleman
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   September 10, 2014
James N. Hatten
Clerk of Court

By:  s/ A. Coleman
        Deputy Clerk